DAVID L. PRITCHARD
THE PRITCHARD LAW FIRM, PLLC
1244 SOUTHRIDGE COURT, STE 102
HURST, TX 76053
(817) 285-8017
(817)285-0224 FACSIMILE
STATE BAR #16349990
david@dlplegal.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| BRADFORD THOMAS SCHAFER, | § | |
|    DEBTOR | § | CASE NO. 25-41641-MXM |
| | § | CHAPTER 13 |
| SABERT CORPORATION, | § | |
| PLAINTIFF | § | |
| | § | |
| VS | § | ADVERSARY CASE NO. 25-04088-MXM |
| BRADFORD THOMAS SCHAFER, | § | |
| DEFENDANT | § | |

### ANSWER TO SABERT CORPORATION'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

**COMES NOW, BRADFORD THOMAS SCHAFER**, Debtor and Defendant in the above-entitled matter, and files this, his Response to the Complaint and states as follows:

1. Defendant admits the allegations contained in paragraph 1 of the Complaint.

2. Defendant admits the allegations contained in paragraph 2 of the Complaint.

3. Defendant admits the allegations contained in paragraph 3 of the Complaint.

4. In paragraph 4, Defendant admits he is a resident of Texas. Defendant denies that Leinart Law Firm is his counsel in this adversary matter. The Pritchard Law Firm, PLLC, David L. Pritchard, is his counsel in this adversary matter.

5. In paragraph 5, Defendant admits he entered into a contract with Sabert Corporation. Defendant denies all other allegations contained in paragraph 5 of the Complaint.

6. In paragraph 6, Defendant admits he breached the contract. However, Defendant denies all other allegations contained in paragraph 6 of the Complaint.

7. In paragraph 7, Defendant admits Plaintiff hired an attorney. Defendant denies all other allegations contained in paragraph 7 of the Complaint.

8. Defendant denies the allegations contained in paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in paragraph 11 of the Complaint.

12. In paragraph 12, Defendant admits he owed a duty to perform the contract with care. However, Defendant denies all other allegations contained in paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in paragraph 13 of the complaint.

14. Defendant denies the allegations contained in paragraph 14 of the complaint.

**WHEREFORE**, the Debtor prays the Court denies Sabert Corporation's Complaint, grants him a discharge and such other relief as is just in the circumstances.

Respectfully submitted,

THE PRITCHARD LAW FIRM, PLLC

/s/ David L. Pritchard
By: David L. Pritchard
State Bar #16349990
Michael P. Gomez
State Bar #24140097
1244 SOUTHRIDGE CT, STE 102
HURST, TEXAS 76053
(817) 285-8017
(817) 285-0224

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the following by placing the same in the United States Mail, postage prepaid, properly addressed to and /or Pursuant to the EFC guidelines:

ROBERT L. EDEN
MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS & BEANLAND, L.L.P.
8131 LBJ FREEWAY
SUITE 700
DALLAS, TEXAS 75251

Date: SEPTEMBER 9, 2025         */s/ David L. Pritchard*
David L. Pritchard